**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wade Austin HALL, Defendant– Appellant.**

**No. 01–30463.**

**D.C. No. CR–01–60013–ALA.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Wade Austin Hall appeals the sentence imposed following his guilty plea conviction to one count of being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm.

Hall contends that 18 U.S.C. 922(g)(1) is an unconstitutional exercise of Congress' authority under the Commerce Clause. This court has repeatedly rejected this contention, as well as Hall's contention

that *United States v. Lopez,* 514 U.S. 549, 115 S.Ct. 1624, 131 L.Ed.2d 626 (1995), *United States v. Morrison,* 529 U.S. 598, 120 S.Ct. 1740, 146 L.Ed.2d 658, (2000) and *Jones v. United States,* 529 U.S. 848, 120 S.Ct. 1904, 146 L.Ed.2d 902 (2000) impliedly overruled prior authority finding section 922(g) constitutional. *See United States v. Rousseau,* 257 F.3d 925, 932–33 (9th Cir.), *cert. denied,* — U.S. ——, 122 S.Ct. 502, 151 L.Ed.2d 413 (2001); *United States v. Davis,* 242 F.3d 1162, 1162–63 (9th Cir.) (per curiam), *cert. denied,* —— U.S. ——, 122 S.Ct. 178, 151 L.Ed.2d 123 (2001); *United States v. Hanna,* 55 F.3d 1456, 1462 n. 2 (9th Cir.1995).

AFFIRMED.

---

\* Jo Anne B. Barnhart is substituted for her predecessor as Commissioner of the Social Security Administration, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.